UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-815-F

| | | |
|---|---|---|
| SUSAN MOSS CURETON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FEDERAL HOME LOAN | ) | |
| MORTGAGE CORPORATION, and | ) | |
| BANK OF AMERICA, N.A., | ) | |
| Defendants. | ) | |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **September 20, 2013.** Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **September 20, 2013.** The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 2° day of August, 2013.

JAMES C. FOX
Senior United States District Judge